# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00628-CV

**William "Bill" Moriarty; Moriarty & Associates, LLC; Diane Hyatt;
and Diane Hyatt & Associates, Appellants**

**v.**

**CH2M Hill, Inc.; and Ken Hall, Appellees**

___

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
NO. D-1-GN-08–2524, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

___

## M E M O R A N D U M   O P I N I O N

Appellants William "Bill" Moriarty; Moriarty & Associates, LLC; Diane Hyatt; and Diane Hyatt & Associates have filed Appellants' Unopposed Motion to Transfer Record to Appeal No. 03-08-00665-CV and Dismiss Appeal No. 03-08-00628-CV. Appellants represent that they have settled their differences with appellees in this appeal, and that neither the appellees in this appeal nor the appellees in cause number 03-08-00665-CV oppose the transfer of the record.

We grant the motion. The record in this appeal is transferred to cause number 03-08-00665-CV. This appeal is dismissed. *See* Tex. R. App. P. 42.1.

___

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed on Appellants' Motion

Filed:   May 22, 2009